IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) Civil Action No. 7:18-CR-0027 |
| v. | ) |
| | ) |
| ALFRED LLOYD ROBRECHT, | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendant | ) |

## ORDER

In accordance with the memorandum opinion entered today, the petitioner's motion for expungement, ECF No. 108, and the related motion to proceed under a pseudonym and to seal identifying documents, ECF No. 118, are **DENIED**.

It is so **ORDERED**.

Entered: 01-12-2021

Michael F. Urbanski
Chief United States District Judge